FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 14 A 11: 31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RHONDA T. GILLARD, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 06-7375 |
| AMERICAN SECURITY INSURANCE CO, ET AL | * | SECTION "L"(2) |

## ORDER

The Court has determined that the plaintiffs' claims in the above captioned case will be severed into individual suits, each addressing one distinct property. Accordingly,

IT IS ORDERED that plaintiffs' counsel shall, within 30 days of this order, file an amended complaint for each individual property claim. This pleading shall be filed with the Clerk on paper, not electronically. The caption of the Amended Complaint shall contain only the individual plaintiffs and defendants which are the subject of this specific claim and shall not include a docket number. It shall be accompanied by a copy of the original complaint or Notice of Removal and a copy of this order. Upon filing, the clerk will assign a new docket number and will allot it at random among the judges of the court. All pleadings regarding that claim shall thereafter bear the new title, docket number and section of the new case.

IT IS FURTHER ORDERED that plaintiffs shall serve each new amended complaint, a copy of the original complaint or Notice of Removal and a copy of this order on opposing counsel and on each defendant not yet having appeared in the litigation.

Any substantive motions still pending in the original case must be refiled in any newly

__ Fee_____
__ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
__ Doc. No_____

assigned cases to which they pertain.

Any claims not timely brought before the court by amended complaint as ordered herein will be dismissed without further notice. The prescriptive period is not broken.

The Clerk is directed to close this matter, Civ. Action No. 06-7375, for administrative purposes.

New Orleans, Louisiana this 13th day of March, 2007.

UNITED STATES DISTRICT JUDGE