UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RHONDA T. GILLARD, SHAHED W. MUHAMMAD, SUSAN HOWELL, JOANELLE M. COULON, DARIA DRURY, JOSEPH M. DUPLESSIS, SR., HUSBAND OF/AND ANN F. DUPLESSIS, MARIA FOS, JOHN CHAGNARD, DIANE DAWSON, WIFE OF/AND KENNETH WEBBER, MARIA T. ALBERS, NEW ORLEANS MONTESSORY SCHOOL, INC., THEODORE G. AYMAMI, HUSBAND OF/AND JUNE G. AYMAMI, JR., STEPHEN J. BOUQUARD, SR., LUBERTHA M. BUTLER, PHILLIP A. BURAS, JR., HUSBAND OF/AND ALTHEA BURAS, THERESA DELATTE, MAMIE EARLY, EMMA L. ESCOBAR, ERIC T. GILLARD, SR., HUSBAND OF/AND RHONDA T. GILLARD, LONNIE E. HAMMOND, JR., HENRY J. HELM, IRVING J. HENRY, HUSBAND OF/AND JENNIFER HENRY, CLARENCE JORDAN, SR., HUSBAND OF/AND CLARA M. JORDAN, SHELDON A. LAFRANCE, JR., FRANK MCCRAY, JR., HUSBAND OF/AND EDWINA C. MCCRAY, BRENDA M. MOSES, CHARLES E. MUNGOVAN, CYNTHIA B. OUFNAC, WIFE OF/AND KEVIN L. OUFNAC, CYNTHIA D. PERKINS, EDGAR B. PRICKETT, HERBERT L. REIMONENQ, JR., HUSBAND OF/AND LAUREL P. REIMONENQ, KEVIN G. RODNEY, BEVERLY A. SMITH, WAYNE A. SMITH, RUBEN B. STEPHENS, HUSBAND OF/AND URSELEEN A. STEPHENS, SUSAN G. TRAMONTANA, WIFE OF/AND SALVADOR TRAMONTANA, BEVERLY A. WILLIAMS, ROSIE G. WILLIAMS AND ROBIN WASHINGTON | * CIVIL ACTION NO. 06-7375 <br> * <br> * <br> * SECTION "I" <br> * <br> * <br> * JUDGE AFRICK <br> * <br> * <br> * MAGISTRATE JUDGE WILKERSON <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| Plaintiffs, | * <br> * |
| VERSUS | * <br> * |
| AMERICAN SECURITY INSURANCE, SUSAN GEOGHEGAN, REGGIE GLASS INSURANCE AGENCY, INC., WAYNE LEONE, JOHN CHIPPETTA D/B/A JOHN CHIPPETTA INSURANCE AGENCY, F. JOHNSON, JR. D/B/A | * <br> * <br> * <br> * <br> * |

BR.489832.1

833110v.1

```
F. JOHNSON, JR. INSURANCE AGENCY, CHRIS    *
CARAMONTA, KATIE HYMEL, SUE CAMBRE,        *
LAFAYETTE INSURANCE COMPANY,               *
ENCOMPASS INSURANCE COMPANY,               *
STONINGTON INSURANCE COMPANY, STATE        *
FARM FIRE AND CASUALTY COMPANY,            *
ALLSTATE INSURANCE COMPANY,                *
REPUBLIC FIRE AND CASUALTY INSURANCE       *
COMPANY, ST. PAUL TRAVELER'S               *
INDEMNITY COMPANY, AND AMERICAN            *
MODERN INSURANCE GROUP                     *
                                           *
            Defendants.                    *
                                           *
* * * * * * * * * * * * * * * * * * * * *  *
```

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 MAR 20 PM 4: 11

LORETTA G. WHYTE
CLERK

### ORDER OF DISMISSAL OF STONINGTON INSURANCE COMPANY WITH PREJUDICE

THE FOREGOING JOINT MOTION TO DISMISS STONINGTON INSURANCE COMPANY WITH PREJUDICE HAVING BEEN CONSIDERED:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims brought by New Orleans Montessori, Inc., against Stonington Insurance Company be and are hereby dismissed, with prejudice and, there being no other claims by any other plaintiff against Stonington Insurance Company, Stonington Insurance Company be dismissed from the litigation in its entirety, with prejudice.

*[Handwritten:] DENIED. Pursuant to the Court's order dated March 13, 2007 (Rec Doc. 86) counsel must refile in newly assigned case once a case number is assigned.*

Thus done and signed this 20th day of March 2006 in New Orleans, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

BR.489832.1